**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6257**

NORRIS ELLWOOD SMITH,

        Plaintiff - Appellant,

    v.

ROCKINGHAM REGIONAL JAIL,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Thomas T. Cullen, District Judge.  (7:21-cv-00461-TTC-RSB)

Submitted:  July 25, 2023                                    Decided:  July 28, 2023

Before WYNN and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Norris Ellwood Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norris Ellwood Smith appeals the district court's order denying his motion to amend his previously-dismissed 42 U.S.C. § 1983 civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Smith v. Rockingham Reg'l Jail*, No. 7:21-cv-00461-TTC-RSB (W.D. Va. Feb. 28, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*